UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK J. UHRINA, | ) | Case No.: 1:24 CV 2070 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED DEBT SETTLEMENT, LLC, | ) | |
| | ) | |
| | ) | ORDER |
| Defendant | ) | |

On January 2, 2025 Plaintiff filed an Application to Clerk for entry of default against Defendant (ECF No. 5). Default was entered by the Clerk of Court on January 10, 2025 (ECF No. 6). A Default Motion, if any, must be filed within thirty days of this Order, otherwise, the court will proceed to schedule a Case Management Conference.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 14, 2025