# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| MARK J. UHRINA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED DEBT SETTLEMENT, LLC, <br><br> Defendant. | Case No. 1:24-cv-02070-SO |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW comes MARK J. UHRINA ("Plaintiff"), by and through his undersigned attorney, and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, UNITED DEBT SETTLEMENT, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 22, 2025

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/22/2025

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq.#6302103
*Counsel for Plaintiff*
Admitted in the Central District of Illinois
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 22, 2025, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq.